An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN PULIDO SANCHEZ,
                    Appellant,
vs.
SPECIALIZED LOAN SERVICING,
LLC,
                    Respondent.

No. 68943

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Appellant is proceeding in pro se.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-32375

cc: Hon. Linda Marie Bell, District Judge
Juan Pulido Sanchez
Akerman LLP/Las Vegas
Eighth District Court Clerk